UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In re: Kevin Curfman )
      Mary Curfman )
       ) Bankruptcy Case No.
       )
      Debtor(s). )

## DECLARATION IN LIEU OF EMPLOYER PAYMENTS

I declare under penalty of perjury that I do not have evidence of employer payments for the following reason(s):

    I was unemployed during prior 60 days and did not receive pay stubs.

Date: March 21, 2006         Signature /s/ Kevin Curfman

                                                Kevin Curfman