**RAINBOW SCHOOL / SOUTH-BROADLAND PRESBYTERIAN CHURCH**    17

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Mary Curfman [ | | | | | ***-**-5592 | Married/Married, Spouse Works | Fed-1/0/MO-1/0 |
| | | | | | | Pay Period: 02/01/2006 - 02/15/2006 | Pay Date: 02/15/2006 |

| Earnings and Hours | Qty | Rate | Current | YTD Amounts |
|---|---|---|---|---|
| Hourly Regular Rate | 48.25 | 10.95 | 528.34 | 1,308.53 |

| Taxes | Current | YTD Amounts |
|---|---|---|
| KC-Earnings Tax | -5.28 | -13.08 |
| Federal Withholding | -6.00 | -6.00 |
| Social Security Employee | -32.76 | -81.13 |
| Medicare Employee | -7.66 | -18.97 |
| MO - Withholding | -7.00 | -13.00 |
| | -58.70 | -132.18 |

| Adjustments to Net Pay | Current | YTD Amounts |
|---|---|---|
| Advance | | -150.00 |

| Net Pay | | |
|---|---|---|
| | 469.64 | 1,026.35 |

Rainbow School

---

**RAINBOW SCHOOL / SOUTH-BROADLAND PRESBYTERIAN CHURCH**    176

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Mary Curfman [ | | | | | ***-**-5592 | Married/Married, Spouse Works | Fed-1/0/MO-1/0 |
| | | | | | | Pay Period: 03/01/2006 - 03/15/2006 | Pay Date: 03/15/2006 |

| Earnings and Hours | Qty | Rate | Current | YTD Amounts |
|---|---|---|---|---|
| Hourly Regular Rate | 43.00 | 10.95 | 470.85 | 2,047.66 |

| Taxes | Current | YTD Amounts |
|---|---|---|
| KC-Earnings Tax | -4.71 | -20.47 |
| Social Security Employee | -29.19 | -126.95 |
| Medicare Employee | -6.83 | -29.69 |
| MO - Withholding | -5.00 | -18.00 |
| Federal Withholding | | -6.00 |
| | -45.73 | -201.11 |

| Adjustments to Net Pay | Current | YTD Amounts |
|---|---|---|
| Advance | | -150.00 |

| Net Pay | | |
|---|---|---|
| | 425.12 | 1,696.55 |

Rainbow School