UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In re:  Kevin Curfman                 )
        Mary Curfman                  )
                                      )   Bankruptcy Case No.
                                      )
            Debtor(s).                )

## DECLARATION IN LIEU OF EMPLOYER PAYMENTS

I declare under penalty of perjury that I do not have evidence of employer payments for the following reason(s):

I was unable to find the remainder of my pay stubs. I have requested the missing pay stubs from my employer.


Date: March 21, 2006    Signature /s/Mary Curfman

                                Mary Curfman