IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN THE MATTER OF                                    IN PROCEEDINGS FOR A PLAN
                                                    UNDER CHAPTER 13


KEVIN MATTHEW CURFMAN
MARY PATRICIA CURFMAN                               CASE NO.: 06-40629-1-13
                                                        DIVISION 4

SSN: (1)  XXX-XX-1060      (2)  XXX-XX-5592

ORDER DIRECTING DEBTOR TO PAY TRUSTEE

   The Court, having determined that it has exclusive jurisdiction of your wages, salaries, commissions and future earnings for the purpose of paying your debts under the Chapter 13 Plan, it is hereby ORDERED that you pay the amount of $   150.00  per month    to:

   Richard V. Fink
   Chapter 13 Trustee
   P.O. Box 1839
   Memphis, TN 38101-1839

It is further ORDERED that the first payment is due by:  Thu Apr 20, 2006 Subsequent payments are due as called for under the plan.  Payments are to be made with a Money Order, Cashier's Check or Personal Check. CASH WILL NOT BE ACCEPTED.  Your name and Chapter 13 case number must be listed on each remittance.

   You can contact the trustee's office at (816) 842-1031.

   Failure to comply with this order may result in your plan being dismissed.

                                                /s/ Jerry W. Venters
Date Prepared:  March 24, 2006
                                                Bankruptcy Judge

```
                    IN THE UNITED STATES BANKRUPTCY COURT
                         WESTERN DISTRICT OF MISSOURI


IN THE MATTER OF                           IN PROCEEDINGS FOR A PLAN
                                           UNDER CHAPTER 13


  KEVIN MATTHEW CURFMAN
  MARY PATRICIA CURFMAN                    CASE NO.: 06-40629-1-13
                                                DIVISION 4

SSN: (1)  XXX-XX-1060      (2)  XXX-XX-5592
                         CHANGING PLAN PAYMENTS

      DEBTOR WILL PAY DIRECTLY TO TRUSTEE $150.00 PER MONTH
   STARTING APRIL 2006.  THEN, STARTING APRIL 2007, THE
   PAYMENTS INCREASE TO $386.00 PER MONTH FOR THE REMAINDER
   OF THE PLAN.
```