## CERTIFICATE OF SERVICE

DEBTOR 1 NAME: KEVIN MATTHEW CURFMAN                             CASE NUMBER: 06-40629
DEBTOR 2 NAME: MARY PATRICIA CURFMAN

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on _03/28/2006_ :

By First Class Mail :

KEVIN MATTHEW CURFMAN, MARY PATRICIA CURFMAN, 409 E  73RD ST, KANSAS CITY MO  64131, ,

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date: __03/28/2006_____     Signature: _____*Robert J. Wallace, Jr.*_____
Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

FG536/LGS
0324 0748

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN THE MATTER OF                          IN PROCEEDINGS FOR A PLAN
                                          UNDER CHAPTER 13


KEVIN MATTHEW CURFMAN
MARY PATRICIA CURFMAN                     CASE NO.: 06-40629-1-13
                                              DIVISION 4
SSN: (1) XXX-XX-1060    (2) XXX-XX-5592

ORDER DIRECTING DEBTOR TO PAY TRUSTEE

   The Court, having determined that it has exclusive jurisdiction of your wages, salaries, commissions and future earnings for the purpose of paying your debts under the Chapter 13 Plan, it is hereby ORDERED that you pay the amount of $ 150.00 per month     to:

         Richard V. Fink
         Chapter 13 Trustee
         P.O. Box 1839
         Memphis, TN 38101-1839

It is further ORDERED that the first payment is due by: Thu Apr 20, 2006 Subsequent payments are due as called for under the plan. Payments are to be made with a Money Order, Cashier's Check or Personal Check. CASH WILL NOT BE ACCEPTED. Your name and Chapter 13 case number must be listed on each remittance.

   You can contact the trustee's office at (816) 842-1031.

   Failure to comply with this order may result in your plan being dismissed.

                                          /s/ Jerry W. Venters
Date Prepared: March 24, 2006
                                          Bankruptcy Judge

```
              IN THE UNITED STATES BANKRUPTCY COURT
                   WESTERN DISTRICT OF MISSOURI


IN THE MATTER OF                          IN PROCEEDINGS FOR A PLAN
                                          UNDER CHAPTER 13


   KEVIN MATTHEW CURFMAN
   MARY PATRICIA CURFMAN                  CASE NO.: 06-40629-1-13
                                                DIVISION 4

SSN:  (1)  XXX-XX-1060      (2)  XXX-XX-5592
                     CHANGING PLAN PAYMENTS
      DEBTOR WILL PAY DIRECTLY TO TRUSTEE $150.00 PER MONTH
      STARTING APRIL 2006.  THEN, STARTING APRIL 2007, THE
      PAYMENTS INCREASE TO $386.00 PER MONTH FOR THE REMAINDER
      OF THE PLAN.
```