# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

In Re:                                          )
                                                )
Kevin Curfman, Mary Curfman, *Debtor*           )      Case No. 06-40629-jwv
                                                )
                                                )      Chapter: 13
                                                )
                                                )

### ENTRY OF APPEARANCE AND REQUEST FOR DOCUMENTS

COMES NOW Steven L. Crouch, Daniel A. West and Chelsea S. Herring of South & Associates, P.C., and hereby enters their appearance on behalf of U.S. Bank National Association, as Trustee under the Pooling and Servicing Agreement, dated as of September 1, 2004, among Credit-Based Asset Servicing and Securitization LLC, Merrill Lynch Mortgage Investors, Inc., Litton Loan Servicing LP and U.S. Bank National Association, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2004-CB6, without recourse, by Litton Loan Servicing, LP, a creditor of the above-captioned Debtor.  Pursuant to the Bankruptcy Rules, all pleadings, notices and documents which are required or requested to be served upon U.S. Bank National Association, as Trustee under the Pooling and Servicing Agreement, dated as of September 1, 2004, among Credit-Based Asset Servicing and Securitization LLC, Merrill Lynch Mortgage Investors, Inc., Litton Loan Servicing LP and U.S. Bank National Association, C-BASS Mortgage Loan Asset-Backed Certificates, Series 2004-CB6, without recourse should be served on its attorneys, Steven L. Crouch, Daniel A. West and Chelsea S. Herring, South & Associates, P.C., 6363 College Blvd., Suite 100, Overland Park, Kansas 66211.


SOUTH & ASSOCIATES, P.C.

_____/s/Steven L. Crouch_____

Steven L. Crouch (MBE #37783; EDMO #2903; KSFd #70244)
Daniel A. West (MBE # 48812; EDMO #98415; KSFd #70587)
Chelsea S. Herring (MBE #51089; EDMO #118127; KS # 20522)
6363 College Blvd., Suite 100
Overland Park, KS 66211
(913) 663-7600 (Herring Ext. 176; West 314-655-7001 ext. 301)
(913) 663-7899 Fax
**ATTORNEYS FOR CREDITOR**


File No. 59813
Case No: 06-40629-jwv