**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

IN RE:

KEVIN MATTHEW CURFMAN
MARY PATRICIA CURFMAN

IN PROCEEDINGS FOR A PLAN
UNDER CHAPTER 13

CASE NO.: 06-40629-1-13

CHAPTER 13 TRUSTEE'S CERTIFICATION
CONCERNING CONFIRMATION OF DEBTOR'S PLAN

   Comes now Richard V. Fink and for his certification states as follows: He is the Standing Chapter 13 Trustee and has reviewed debtor(s)'s schedules and plan and has conducted a Section 341 meeting of creditors.  The proposed plan appears to be feasible, submitted in good faith, and not for any reason prohibited by law, and complies with applicable provisions of 11 U.S.C.  The debtor(s) has/have sworn under oath that all tax returns required to have been filed for the past four years, have in fact been filed or arrangements satisfactory to the taxing authority have been made.  All payments due the trustee from the debtor(s) are substantially current.  The trustee is not aware of any objection to or rejection of the plan that has not been resolved, withdrawn or ruled upon.

Respectfully submitted,

Dated: May 11, 2006

/s/ Richard V. Fink, Trustee
_____

Richard V. Fink, Trustee
818 Grand Blvd., Ste. 800
Kansas City, MO 64106-1901