UNITED STATES BANKRUPTCY COURT
For the Western
District of Missouri

In re:
KEVIN CURFMAN
409 EAST 73RD STREET

KANSAS CITY        MO   64131
Debtor(s)

Chapter 13
Case No.: 06-40629
Claim No.: 8
Amendment No.:

NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (2),
AND WAIVER OF OPPORTUNITY TO OBJECT

eCast Settlement Corporation (the "Purchaser/Transferee/Assignee")
hereby provides notice of the unconditional sale and transfer of all
right, title, and interest in and to the Claims (as such is defined
in the Purchase and Sale Agreement dated 4/23/03 by and between the
Seller/Transferor/Assignor and Purchaser/Transferee/Assignee)
including the Claim referenced above (the "Bankruptcy Claim").

Pursuant to Bankruptcy Rule 3001(e) (2) and the foregoing assignment,
the Purchaser/Transferee/Assignee hereby requests that it be
substituted for the Seller/Transferor/Assignor as the record holder
of the Bankruptcy Claim for all purposes in these proceedings. As is
set forth in the attached assignment, the Seller/Transferor/Assignor
concurs with the request, and is aware of the transfer, and declines
its opportunity to object under FRBP 3001(e) (2). Accordingly, the
Purchaser/Transferee/Assignee requests that the transfer of the
Bankruptcy Claim be made immediately upon docketing of the Notice of
Transfer of Claim.

Account number: ************2953
Claim Amount:            $2,243.23
Dated: 05/30/06

SELLER/TRANSFEROR/ASSIGNOR:
Household Bank (SB) N.A
Churchman's Corporate Center
90 Christiana Road
New Castle, Delaware 19720
Telephone: (302) 327-2885

By: (See attached assignment)
Thomas Harmon

PURCHASER/TRANSFEREE/ASSIGNEE:
eCast Settlement Corporation
P.O. Box 7247-6971
Philadelphia, PA 19170-6971

Telephone: (520) 577-1544 (Servicer)

By: _____
Colleen Mclaughlin
Kim Garner
William Jones
Louis Mendez
Sharon Sinanan

Kansas City
Richard Fink

<u>Exhibit 3</u>

## ASSIGNMENT OF ACCOUNTS

Household Bank (SB),N.A., Household Card Services, Inc., Household Retail Services, Inc. and Household Receivables Acquisition Company ("Seller"), for value received, without recourse, to the extent permitted by applicable law, transfers, sells, assigns, conveys, grants and delivers to ECAST ("Buyer"), all right, title and interest in and to (a) Seller's consumer credit card account, open end accounts, and closed end accounts, which are described on a schedule furnished by Seller to Buyer in connection herewith; and (b) all proceeds of such accounts (each, an "Account") after the close of business on March 21, 2006.

Pursuant to the foregoing assignment, Seller stipulates that Buyer may be substituted for Seller as the valid owner of each of the Accounts, and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 (e) (2), or otherwise.

Dated: March 21, 2006

HSBC PRIVATE LABEL ACQUISITION
CORPORATION (USA) ("HPLAC")

By: _____
Thomas Harmon

HOUSEHOLD BANK (SB), N.A.

By: _____
Thomas Harmon

BRIGHT PROSPECTS, LTD.

By: _____
Thomas Harmon