IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF MISSOURI

In re:

    Kevin M & Mary P Curfman

                              Case No: 06-40629

## CERTIFICATE OF SERVICE

The undersigned herby states that a true copy of the Proof of Claim, Summary of Exhibits, and copies of tax bills were mailed via first class mail, postage pre-paid, or via electronic filing to the parties listed below, on this 31st day of August, 2006:

Richard V. Fink Chapter 13 Trustee
818 Grand Blvd. Suite 800
Kansas City, MO. 64106-1409

Douglas B. Breyfogle, Esq.
4505 Madison Ave.
Kansas City, Mo. 64111
Attorney for Petitioner

                              /s/ Jennifer Buell
                              Jennifer Buell for Lucille R. Myles
                              Attorney for Jackson County