# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## KANSAS CITY DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KEVIN MATTHEW CURFMAN | § | CASE NO.  06-40629-JWV |
| MARY PATRICIA CURFMAN | § | CHAPTER   13 |
| | § | |
| | § | JUDGE  JERRY W. VENTERS |

## REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter:

**Litton Loan Servicing, LLP**

and its successors and/or assigns.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the address indicated below.

<u>MAIL TO</u> :  
P. O. Box 829009, Dallas, Texas  75382-9009

Respectfully submitted,  
Brice, Vander Linden & Wernick, P.C.

/s/ Hilary B. Bonial   /s/ Tyler B. Jones  
Hilary B. Bonial  
Tyler B. Jones  
F# 5350-N-5013  
9441 LBJ Freeway, Suite 350  
Dallas, Texas 75243  
(972) 643-6600 / (972) 643-6698 (Telecopier)  
E-mail Address: notice@bkcylaw.com  
Authorized Agent for Litton Loan Servicing, LLP

1

## CERTIFICATE OF SERVICE

      I, Hilary B. Bonial / Tyler B. Jones, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before October 9, 2006:

**Debtors' Attorney**
Douglas B. Breyfogle
Attorney At Law
4505 Madison Ave
Kansas City, MO 64111

**Chapter 13 Trustee**
Richard V. Fink
818 Grand Boulevard, Suite 800
Kansas City, Missouri  64106-1910

                                                /s/ Hilary B. Bonial    /s/ Tyler B. Jones
                                                Hilary B. Bonial
                                                Tyler B. Jones

5350-N-5013
noaelect