# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In Re:  Kevin Matthew Curfman  
SSN: XXX-XX-1060

Mary Patricia Curfman  
SSN: XXX-XX-5592

Case No.: 06-40629-jwv-13  
Judge: Jerry W. Venters  
Dated: February 20, 2007

## NOTICE ALLOWING/DISALLOWING CLAIMS

Pursuant to Local Rule 3085-1 of the Western District of Missouri and Rule 3001(f) of the Rules of Bankruptcy Procedure, the Chapter 13 Trustee moves that these claims be allowed as set out below or disallowed as "not filed", unless an objection is filed and the Court enters an Order which provides different treatment.

| | | |
|---|---|---|
| B Real Llc<br>Mail Stop 550<br>2101 Fourth Ave # 1030<br>Seattle, WA 98121 | Court Claim No.:  14<br>Trustee Claim No.:  8<br>% to be Paid:  0.00 %<br>Claim Amount:  $8,019.80 | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 4338 |
| Capital One Bank<br>C/O Tsys Debt Management<br>Po Box 5155<br>Norcross, GA 30091 | Court Claim No.:  4<br>Trustee Claim No.:  3<br>% to be Paid:  0.00 %<br>Claim Amount:  $5,657.47 | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 43TDM22172378773 |
| Capital One Bank<br>C/O Tsys Debt Management<br>Po Box 5155<br>Norcross, GA 30091 | Court Claim No.:  3<br>Trustee Claim No.:  4<br>% to be Paid:  0.00 %<br>Claim Amount:  $2,109.18 | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 43TDM41882530301 |
| Capital One Bank<br>C/O Tsys Debt Management<br>Po Box 5155<br>Norcross, GA 30091 | Court Claim No.:  6<br>Trustee Claim No.:  5<br>% to be Paid:  0.00 %<br>Claim Amount:  $1,385.51 | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 48TDM62554673650 |
| Capital One Bank<br>C/O Tsys Debt Management<br>Po Box 5155<br>Norcross, GA 30091 | Court Claim No.:  5<br>Trustee Claim No.:  6<br>% to be Paid:  0.00 %<br>Claim Amount:  $752.11 | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 52TDM71444867129 |

| | | |
|---|---|---|
| Cbusasears<br>8725 W Sahara Ave<br>The Lakes, NV 89163 | Court Claim No.:    Not Filed<br>Trustee Claim No.:    7<br>% to be Paid:    0.00 %<br>Claim Amount:    Not Filed | Monthly Payment:  $0.00<br>Claim Type:  General Unsecured<br>Interest Rate:  0.00 %<br>Account:  2284 |
| Commerce Bank Na<br>Po Box 419248 Kcrec 10<br>Kansas City, MO 64179-0010 | Court Claim No.:    7<br>Trustee Claim No.:    9<br>% to be Paid:    0.00 %<br>Claim Amount:    $2,294.07 | Monthly Payment:  $0.00<br>Claim Type:  General Unsecured<br>Interest Rate:  0.00 %<br>Account:  339001502090100001 |
| Ecast Settlement Corp<br>Po Box 35480<br>Newark, NJ 07193-5480 | Court Claim No.:    11<br>Trustee Claim No.:    10<br>% to be Paid:    0.00 %<br>Claim Amount:    $10,185.47 | Monthly Payment:  $0.00<br>Claim Type:  General Unsecured<br>Interest Rate:  0.00 %<br>Account:  3638 |
| Ecast Settlement Corp<br>Po Box 7247-6971<br>Philadelphia, PA 19170-6971 | Court Claim No.:    8<br>Trustee Claim No.:    11<br>% to be Paid:    0.00 %<br>Claim Amount:    $2,243.23 | Monthly Payment:  $0.00<br>Claim Type:  General Unsecured<br>Interest Rate:  0.00 %<br>Account:  2953 |
| Galway Financial Services Llc<br>Successor To Check Into Cash<br>11675 Rainwater Dr Ste 375<br>Alpharetta, GA 30004 | Court Claim No.:    10<br>Trustee Claim No.:    16<br>% to be Paid:    0.00 %<br>Claim Amount:    $600.00 | Monthly Payment:  $0.00<br>Claim Type:  General Unsecured<br>Interest Rate:  0.00 %<br>Account:  CIC120070027734272 |
| Jackson County - Manager Finance<br>Bankruptcy<br>415 E 12Th St Rm 100<br>Kansas City, MO 64106 | Court Claim No.:    15<br>Trustee Claim No.:    18<br>% to be Paid:    100.00 %<br>Claim Amount:    $784.02 | Monthly Payment:  $0.00<br>Claim Type:  State/Local Taxes<br>Interest Rate:  0.00 %<br>Account:  093904408 |
| Lvnv Funding Llc<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, SC 29603-0587 | Court Claim No.:    13<br>Trustee Claim No.:    17<br>% to be Paid:    0.00 %<br>Claim Amount:    $6,887.67 | Monthly Payment:  $0.00<br>Claim Type:  General Unsecured<br>Interest Rate:  0.00 %<br>Account:  5121071822842195 |

| | | |
|---|---|---|
| Lvnv Funding Llc<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, SC 29603-0587 | Court Claim No.:   12<br>Trustee Claim No.:   14<br>% to be Paid:   0.00 %<br>Claim Amount:   $10,143.41 | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 4559511600674470 |
| Southwest Natl Bank<br>Po Box 1401<br>Wichita, KS 67201 | Court Claim No.:   Not Filed<br>Trustee Claim No.:   12<br>% to be Paid:   0.00 %<br>Claim Amount:   Not Filed | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 3522 |
| Target National Bank Fka Rnb<br>C/O Weinstein & Riley Ps<br>2101 Fourth Ave # 900<br>Seattle, WA 98121 | Court Claim No.:   9<br>Trustee Claim No.:   13<br>% to be Paid:   0.00 %<br>Claim Amount:   $3,616.54 | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 1345 |
| Us Bank National Assoc<br>% Litton Loan Svcng Inc<br>4828 Loop Central Dr<br>Houston, TX 77081 | Court Claim No.:   1<br>Trustee Claim No.:   1<br>% to be Paid:   Direct<br>Claim Amount:   $143,690.10 | Monthly Payment: N/A<br>Claim Type: Home Mortgage Payment<br>Interest Rate: N/A<br>Account: 15112147 |
| Us Bank National Assoc<br>% Litton Loan Svcng Inc<br>4828 Loop Central Dr<br>Houston, TX 77081 | Court Claim No.:   1<br>Trustee Claim No.:   2<br>% to be Paid:   100.00 %<br>Claim Amount:   $12,622.39 | Monthly Payment: $0.00<br>Claim Type: Mortgage Arrearage<br>Interest Rate: 0.00 %<br>Account: 15112147 |
| Wells Fargo Financial Mo Inc<br>4137 121St St<br>Urbandale, IA 50323 | Court Claim No.:   2<br>Trustee Claim No.:   15<br>% to be Paid:   0.00 %<br>Claim Amount:   $1,164.47 | Monthly Payment: $0.00<br>Claim Type: General Unsecured<br>Interest Rate: 0.00 %<br>Account: 5951 166175427 |

Case No.:  06-40629-jwv-13             Debtor:  Kevin Matthew Curfman             Joint Debtor:  Mary Patricia Curfman

Any response to the notice must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.  Documents can be filed electronically at http://ecf.mowb.uscourts.gov.  A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing.  If you received this notice via fax, e-mail or EDI, it may not be docketed with the U.S. Bankruptcy Court for 1-3 business days.  If the debtor's counsel is not registered for electonic filing, you must serve the response by mail.  If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing.  If a hearing is to be held, notice of such hearing will be sent to all parties in interest.  If you have questions about this document, contact your attorney.

Dated:  February 20, 2007                                                      /s/ Richard V. Fink, Trustee

                                                      Richard V. Fink, Trustee
                                                     818 Grand Blvd., Suite 800
                                                     Kansas City, MO 64106-1901

## NOTICE OF SERVICE

The Notice Allowing/Disallowing Claims will be served either by mail or electronically on the debtor and the debtor's attorney.  The individual creditors will be served by mail or electronically, an Acknowledgment which sets out their claim(s) related to this case.

                                                                                         /s/ Richard V. Fink, Trustee