TRUSTEE NON-ELECTRONIC
CURFMAMO0004

Form 210A (10/06)

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI, KANSAS CITY DIVISION

In re   KEVIN MATTHEW CURFMAN                    Case No.      06-40629-JWV-13
      MARY PATRICIA CURFMAN
      KEVIN M CURFMAN

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed 11 U.S.C. §1111(a).
Transferee hereby gives evidence and notice pusuant to Rule 3001(e)(2), Fed R. Bankr., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | Household Finance Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    eCAST Settlement Corporation
    POB 35480
    Newark NJ 07193-5480

Court Claim # (if known):    11
Amount of Claim:    10,185.47
Date Claim Filed:    07/06/2006

Phone:    610-644-7800                         Phone:    804-368-1000
Last Four of Acct #:    3638                    Last Four of Acct #:    3638
Last Four of Alternate Acct #:    2331          Last Four of Alternate Acct #:    2331

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/Alane A. Becket                        Date:    03/14/2007
    Alane A. Becket, Esquire, PA65451
    Becket & Lee LLP, Attorney/Agent for Creditor

*Penalty for making a false statement:*   Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

HFT63110