UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In re:  Kevin M. Curfman           )
        Mary Curfman               )
                                   )       Bankruptcy Case No.06-40629-13-jwv
                                   )
              Debtor(s).           )

**RESPONSE TO MOTION FOR RELIEF
FROM AUTOMATIC STAY FILED BY
Litton Loan Servicing**

**COMES NOW**, Debtor by and through the attorney of record and for their response to the Motion For Relief From Automatic Stay filed by **Litton Loan Servicing** and states as follows:

1) Debtor admits to the allegations in Motion.

2) Debtors have had difficult times lately. Mr. Curfman has had a change in employment and will be able to pay extra payments. If a agreement can be reached it pay the post-petition payments they missed.

WHEREFORE, Debtor prays that Motion to Lift the Automatic stay be denied

Respectfully submitted,

/s/Douglas B. Breyfogle
Douglas B. Breyfogle, 45234
4505 Madison Avenue
Kansas City, Missouri 64111-3509
816-751-0595 816-751-0596 (fax)
breyfogle@birch.net
ATTORNEY FOR DEBTOR

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and forgoing was served via electronic notice and/or US First Class Mail, postage prepaid to the following this June 20, 2007.

Richard V. Fink
Chapter 13 Trustee

Chelsea Herring
Attorney for Movant

/s/Douglas B. Breyfogle
Douglas B. Breyfogle