UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In re:  Kevin Curfman            )
        Mary Curfman            )
                                   )  Bankruptcy Case No.
                                   )  06-40629-13-jwv
                                   )
              Debtor(s).    )

**RESPONSE TO TRUSTEE'S
MOTION TO DISMISS**

    COMES NOW, debtor(s), by and through his/her attorney, Douglas B. Breyfogle, and for his/her Response to Trustee's Motion to Dismiss states as follows:

    1)    Debtor is behind with his/her plan payments. Debtor will make up outstanding payments by the end of February 2008.

    WHEREFORE, Debtor prays that the Motion to Dismiss be denied.

Respectfully submitted,

/s/Douglas B. Breyfogle
Douglas B. Breyfogle, 45234
4505 Madison Avenue
Kansas City, Missouri 64111-3509
816-751-0595
816-751-0596 (fax)
breyfogle@birch.net
ATTORNEY FOR DEBTOR

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served via electronic notice and/or US First Class Mail, postage prepaid to the following this January 9, 2008.

Richard V. Fink

/s/Douglas B. Breyfogle
Douglas B. Breyfogle