UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In re:  Kevin Curfman                        )
        Mary Curfman                         )
                                             )         Bankruptcy Case No.
                                             )         06-40629-13-jwv
                                             )
            Debtor(s).                       )

**MOTION FOR POST-CONFIRMATION FEES**

In accordance with Local Rule 2016-1 E, attorney for debtor hereby requests additional compensation for services performed on behalf of the debtor(s).

1) Defense of Motion to Dismiss Case ($200.00)
   Date Response filed - January 9, 2008

2) $   Copy Expenses ( Number of Copies Multiplied by $.25)
   Document Copied - 2

3) $   Postage Expenses   (Postage Rate Multiplied by Number of Items Mailed)
   Document Mailed - 1

The services indicated above having been completed, additional compensation is hereby requested in the amount of $200.00, and expenses in the amount of $ .91

I hereby certify that the services referenced in this motion were actually provided after confirmation of the plan in this case.

January 9, 2008
Date                                          Respectfully submitted,

                                              /s/Douglas B. Breyfogle
                                              Douglas B. Breyfogle, 45234
                                              4505 Madison Avenue
                                              Kansas City, Missouri 64111-3509
                                              816-751-0595  816-751-0596 (fax)
                                              breyfogle@birch.net
                                              ATTORNEY FOR DEBTOR

Attorney for Debtor hereby Certifies Service on Debtor, Richard Fink and parties requesting notice via electronic filing and/or depositing in the U.S. Mail.

**NOTICE OF MOTION**

**Any party with an objection is directed to file a Response to the motion within twenty (20) days of the date of this notice with the Clerk of the United States Bankruptcy Court. Documents can be filed electronically at http://ecf.mowb.uscourts.gov Information about electronic filing can be found on the Court website www.mow.uscourts.gov. If a response is timely filed, a Notice of Hearing will be provided to all interested parties by the Court. If no response is filed within twenty (20) days, the Court will enter an order allowing the fees.**