# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  KEVIN MATTHEW CURFMAN
MARY PATRICIA CURFMAN

Case No.:  06-40629-jwv-13

**Debtors**

## WITHDRAWAL OF MOTION TO DISMISS
## FOR FAILURE TO MAKE PLAN PAYMENTS

Comes now Richard V. Fink, Chapter 13 Trustee, and requests the Court withdraw the trustee's Motion to Dismiss for Failure to Make Plan Payments (document #35) filed on or about December 20, 2007, and in support thereof states:

1)  On or about December 20, 2007, the trustee filed a Motion to Dismiss for Failure to Make Plan Payments.

The trustee requests that the Court withdraw the Motion to Dismiss for Failure to Make Plan Payments.

April 17, 2008

Respectfully Submitted,

/s/ Richard V. Fink, Trustee
Richard V. Fink, Trustee
818 Grand Blvd., Ste. 800
Kansas City, MO 64106-1901

**NOTICE OF SERVICE**

Appropriate parties will be served by the Chapter 13 Trustee's office either electronically or by mail.

Douglas B Breyfogle Esq
4505 Madison
Kansas City MO 64111

/s/ Richard V. Fink, Trustee

DE    /WD_MTD_FTC