Form 210A (10/06)

# United States Bankruptcy Court

WESTERN DISTRICT OF MISSOURI

In Re: CURFMAN; KEVIN M                               Case No.  0640629

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC                    CAPITAL ONE BANK
-------------------------------------                 -------------------------------------
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): 6
should be sent:                                       Amount of Claim: $1,385.51
POB 41067                                             Date Claim Filed: 03/31/2006
NORFOLK, VA 23541

Phone: (877)829-8298                                  Phone:
Last Four Digits of Acct # :  3650                    Last Four Digits of Acct #:

Name and Address where transferee payments            Seller Information
Should be sent (if different from above)              CAPITAL ONE BANK (USA), NA
PO Box 12914                                          GLO BACK OFFICE 12075 0150
NORFOLK, VA 23541                                     15000 CAPITAL ONE DRIVE
                                                      RICHMOND VA 23238

Phone: (877)829-8298
Last Four Digits of Acct # : 3650


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Dolores Garcia                                Date: 12/4/2009
    -------------------------------------
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571