IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: | Chapter 13 |
| Kevin Matthew Curfman & Mary Patricia Curfman | Case No.:  06-40629-jwv-13 |

SSN XXX-XX-1060
SSN XXX-XX-5592

---

**ORDER CANCELLING WAGE ORDER TO DEBTOR**

---

   You are hereby notified that the Order issued to you to pay the Chapter 13 Trustee, Richard V. Fink, is hereby cancelled.

Date: May 18, 2010

| | |
|---|---|
| Kevin Matthew Curfman | /s/ Jerry W. Venters |
| Mary Patricia Curfman | |
| 409 E  73Rd St | Bankruptcy Judge |
| Kansas City, MO  64131 | |

TM     /Order - Wage - Cancel