## CERTIFICATE OF SERVICE

DEBTOR 1 NAME: KEVIN MATTHEW CURFMAN                                CASE NUMBER: 0640629
DEBTOR 2 NAME: MARY PATRICIA CURFMAN

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on  05/19/2010   :

By First Class Mail :

KEVIN MATTHEW CURFMAN, MARY PATRICIA CURFMAN, 409 E  73RD ST, , KANSAS CITY MO, 641310000,

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date:   05/19/2010            Signature: _____*Robert J. Wallace, Jr.*_____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re:                                                                      Chapter 13

Kevin Matthew Curfman & Mary Patricia Curfman        Case No.: 06-40629-jwv-13

SSN XXX-XX-1060
SSN XXX-XX-5592

---

### ORDER CANCELLING WAGE ORDER TO DEBTOR

---

     You are hereby notified that the Order issued to you to pay the Chapter 13 Trustee, Richard V. Fink, is hereby cancelled.

Date: May 18, 2010

Kevin Matthew Curfman                                    /s/ Jerry W. Venters
Mary Patricia Curfman
409 E 73Rd St                                                Bankruptcy Judge
Kansas City, MO 64131

                                                                       TM      /Order - Wage - Cancel