13cmpntc (10/06)

**UNITED STATES BANKRUPTCY COURT**
**Western District of Missouri**

F I L E D

5/19/10

Clerk, U.S. Bankruptcy Court
Western District of Missouri

In Re: Kevin Matthew Curfman and Mary Patricia
Curfman ** BELOW MED **
Debtor(s)

Case No.: 06–40629–jwv13
Chapter: 13

**TRUSTEE'S NOTICE OF COMPLETION OF CHAPTER 13 PLAN AND GIVING ALL CREDITORS AND INTERESTED PARTIES 30 DAYS TO OBJECT TO THE TRUSTEE CONTINUING THE PROCESS OF CLOSING THIS CASE AS COMPLETED**

   Pursuant to 11 U.S.C. § 1302(b)(1), Richard V. Fink, Trustee, is required to file a final report and account upon the closing of a case. However, the trustee is prohibited from filing the final report and account until all of the trustee's distributions have cleared the trustee's bank. See11 U.S.C. §347(a). The trustee's office has reviewed the file and records of the above–referenced case; based upon that review it appears that the debtor(s) has paid sufficient funds to the trustee under the terms of the confirmed Chapter 13 plan for the trustee to commence the process of closing this proceeding as a completed case.

   This notice is filed to advise the Court and other interested parties, that based upon the trustee's review: 1) creditors have been treated according to the terms of the confirmed plan and other orders of the Court; 2) the debtor no longer is required to make plan payments to the trustee; and 3) all on–going, postpetition payments being paid through the trustee's office, including any arrearage claim and charges assessed by the creditor, pursuant to 11 U.S.C. § 1322(b)(5) are current as of the date the last on–going, postpetition payment was made by the trustee's office and that the debtor, rather than the trustee, now is responsible for making those on–going payments to creditors.

   Any objection to this notice and the assertions herein must be filed with the Clerk of the Bankruptcy Court within 30 days of this notice. Absent any such objections or any such objection being sustained, the trustee will continue the process of closing this case as completed. After all the trustee's distributions have cleared the trustee's bank, the trustee will file a final report and account.

   The Clerk of the United States Bankruptcy Court will serve this notice through the Bankruptcy Noticing Center on all creditors and interested parties either electronically or by mail. Any objection to this notice must be filed with the Clerk of the Court. Documents can be filed electronically at https://ecf.mow.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 trustee and all other parties to the case who have registered for electronic filing in this case. If debtor's counsel or any other party to whom you believe a response should by served are not registered for electronic filing, you must serve your response on them by mail. If you received this notice via fax, email, or EDI, it may not be docketed with the United States Bankruptcy Court for 1–3 business days. If a response is filed timely, the court will either rule the matter based on the pleadings or set the matter for hearing. If a hearing is set, notice of such hearing will be sent to the appropriate parties. If you have any questions regarding this document, contact your attorney.

Dated: 5/19/10

/s/ Richard V. Fink, Trustee

_____
Richard V. Fink, Trustee
818 Grand Blvd., #800
Kansas City, MO 64106–1901
816–842–1031

# CERTIFICATE OF NOTICE

```
District/off: 0866-4          User: parlec               Page 1 of 1                  Date Rcvd: May 19, 2010
Case: 06-40629               Form ID: 13cmpntc          Total Noticed: 29

The following entities were noticed by first class mail on May 21, 2010.
db/db           +Kevin Matthew Curfman,    Mary Patricia Curfman,    409 E  73rd St,    Kansas City, MO 64131-1622
11828813        +CAPITAL ONE BANK,    C/O TSYS DEBT MGMT,    PO BOX 5155,    NORCROSS, GA 30091-5155
11841286       ++COMMERCE BANK NA,    P O BOX 419248,    KCREC-10,    KANSAS CITY MO 64141-6248
                 (address filed with court: Commerce Bank NA,    P O Box 419248,    KCREC - 10,
                  Kansas City, MO.    64141-6248)
11821615        +Capital 1 Bk,    11013 W Broad St,    Glen Allen VA 23060-5937
11821616        +Cbusasears,    8725 W Sahara Ave,    The Lakes NV 89163-0001
11821617        +Chase,    Bank One Card Serv 800 Brooksedge Blv,    Westerville OH 43081-2822
11821618        +Commerce Bank Kansas,    Po Box 248,    Kansas City MO 64141-6248
11876496        +Galway Financial Services LLC,    Check into Cash,    11675 Rainwater Drive, Ste 375,
                  Alpharetta, GA 30009-8694
11821619        +Hfc - Usa,    P.o. Box 1547,    Chesapeake VA 23327-1547
11821620        +Household Bank,    90 Christiana Rd,    New Castle DE 19720-3187
11842033        +Household Bank (SB), N.A. (HP Shopping),    eCast Settlement Corporation,
                  c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
11892846         Household Finance Corporation,    by eCAST Settlement Corporation,    as its agent,   POB 35480,
                  Newark NJ 07193-5480
11821621         I.C. Systems, Inc.,    PO Box 64437,    Saint Paul MN 55164-0437
11960718        +Jackson County - Manager of Finance - Bankruptcy,    415 E. 12th St.,    Kansas City, Mo 64106-2706
11988016        +Litton Loan Services,    P.O. Box 829009,    Dallas, Texas 75382-9009
11821622        +Litton Loan Servicing,    4828 Loop Central Dr,    Houston TX 77081-2166
11824320        +Litton Loan Servicing, LP,    4828 Loop Central Drive,    Houston, TX 77081-2166
12840240        +Portfolio Recovery Associates LLC.,    Po Box 41067,    Norfolk, VA 23541-1067
11821623        +South and Associates,    6363 College Blvd Suite 100,    Overland Park KS 66211-1881
11821624        +Southwst Nt,    Po Box 1401,    Wichita KS 67201-1401
11821625        +Target National Bank,    PO  Box 64548,    Saint Paul MN 55164-0548
11851353        +Target National Bank (f.k.a. Retailers National Ba,    TARGET VISA,    c/o Weinstein & Riley, P.S.,
                  2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
11821626        +Washmtl/prov,    4940 Johnson Dr,    Pleasanton CA 94588-3308
11827903        +Wells Fargo Financial Missouri, Inc,    4137 121st st,    Urbandale, IA 50323-2310
11821627        +Wffinancial,    8950-C Hillcrest,    Kansas City MO 64138-3782
12106970         eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
11952480         eCAST Settlement Corporation,    P.O. Box 7247-6971,    Philadelphia, PA 19170-6971

The following entities were noticed by electronic transmission on May 19, 2010.
11896879        +E-mail/PDF: BNCEmails@blinellc.com May 19 2010 23:24:05     B-Real, LLC/Chase Bank USA, N.A.,
                  Mail Stop 550,    2101 Fourth Ave., Suite 1030,    Seattle, WA 98121-2317
11896763         E-mail/Text: resurgentbknotifications@resurgent.com
                  LVNV Funding LLC., its successors and assigns, as,    assignee of Washington Mutual,
                  Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13480372*       +Portfolio Recovery Associates,  LLC.,    PO Box 41067,    Norfolk VA 23541-1067
13350400*       +Portfolio Recovery Associates, LLC,    P. O. Box 41067,    Norfolk, VA 23541-1067
13277987*       +Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
                                                                                              TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 21, 2010**              **Signature:** _Joseph Speetjens_