MOW 4004-4  (08/07)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re:  Kevin Curfman            )
       Mary Curfman             )
                                )   Bankruptcy Case No.
                                )   06-40629-13-jwv
              Debtors           )

**DEBTOR'S MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE DUE TO PLAN COMPLETION AND NOTICE OF DEADLINE AND OPPORTUNITY TO OBJECT**

Comes now the debtor and moves for entry of an Order of Discharge for which the debtor is eligible under all applicable Bankruptcy laws and rules.

The debtor has completed, after the filing of this case, the Personal Financial Management course required by 11 USC § 1328 (g)(1) and has filed the requisite certification (Official Form 23).

Pursuant to 11 USC § 1328 (f), the debtor has not received a discharge in a case filed under chapter 7, 11, or 12 in the 4-year period preceding the date of the order for relief under this chapter and has not received a discharge in a case filed under chapter 13 in the 2-year period preceding the date of such order.

If the debtor has claimed a homestead exemption in excess of $125,000, there is no proceeding pending in which the debtor may be found guilty of a felony as described in 11 USC § 522(q)(1)(A) and the debtor is not liable for a debt for the kind described in 11 USC § 522(q)(1)(B).

Pursuant to 11 USC § 1328(a), if the debtor has a Domestic Support Obligation, all amounts payable under any judicial or administrative order or by statute for domestic support obligations that were due on or before the date upon which this certification was signed, including all payments due under the plan for amounts due before the petition was filed, have been paid. The name and address of each holder of a Domestic Support Obligation is as follows:

Name                                  Address
_____           _____

_____           _____

The debtors' most recent/current address is:

409 E 73rd St.
Kansas City, MO 64131

 The name and address of debtors' most recent/current employer/income sources are:

Rainbow School                        Home Depot
7850 Holmes Road                      8000 W 135th St
Kansas City, MO 64131                 Overland Park, KS 66223

WHEREFORE, the debtors respectfully, move this Court to enter a Chapter 13 Discharge.

Date:  June 15, 2010                                              /s/ Douglas Breyfogle
                                                                  Douglas B. Breyfogle - 45234
                                                                  4505 Madison Avenue
                                                                  Kansas City, MO 64114
                                                                  816-751-0595
                                                                  816-751-0596 - fax
                                                                  doug@dougbreyfogle.com
                                                                  Attorney for the Debtors


**NOTICE OF OPPORTUNITY AND DEADLINE TO OBJECT TO MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE DUE TO PLAN COMPLETION**

PLEASE TAKE NOTICE THAT WITHIN TWENTY- ONE (21) DAYS AFTER THE DATE OF THIS NOTICE you must file and serve a written objection to the motion.  The objection must be filed electronically with the Bankruptcy Court at www.ecf.mowb.uscourts.gov.  If you are a pro se creditor, you may file a written objection with the Clerk, United States Bankruptcy Court, Western District of Missouri, 400 E. 9th Street, Room 1510, Kansas City, MO 64106.  Debtor's attorney and trustee will receive electronic notice when the objection is filed.  If the debtor is pro se, you must serve your objection on the debtor.

IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING.  The court may grant the motion without a hearing if the objection filed states inadequate grounds for denial.

Date:  June 15, 2010                                              /s/ Douglas Breyfogle
                                                                  Douglas B. Breyfogle - 45234
                                                                  4505 Madison Avenue
                                                                  Kansas City, MO 64114
                                                                  816-751-0595
                                                                  816-751-0596 - fax
                                                                  doug@dougbreyfogle.com
                                                                  Attorney for the Debtors


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion and Notice has been served by first class mail on all creditors and parties requesting notice.

Date:  June 15, 2010                                              /s/ Douglas Breyfogle
                                                                  Douglas B. Breyfogle - 45234
                                                                  4505 Madison Avenue
                                                                  Kansas City, MO 64114
                                                                  816-751-0595
                                                                  816-751-0596 - fax
                                                                  doug@dougbreyfogle.com
                                                                  Attorney for the Debtors